IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | § CRIMINAL NO. H-06-52-2 |
| | § |
| | § |
| JUAN JOSE CAVOZOS | § |

### O R D E R

Defendant Cavazos filed an unopposed motion to continue the sentencing hearing (Docket Entry No. 844). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 8, 2009, at 10:00 a.m.** Objections to the presentence report will be due by November 20, 2009.

SIGNED on September 29, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge