IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52-2 |
| JUAN JOSE CAVAZOS | § | |

**O R D E R**

The defendant filed an unopposed motion to continue the sentencing hearing, (Docket Entry No. 902). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 25, 2010, at 9:00 a.m.**

SIGNED on May 24, 2010, at Houston, Texas.

                                        _____
                                                Lee H. Rosenthal
                                            United States District Judge